**Electronically Filed
Supreme Court
SCAD-19-0000561
28-SEP-2020
10:45 AM**

SCAD-19-0000561

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

GARY VICTOR DUBIN,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case Nos. 16-O-147, 16-O-151, 16-O-213, and 16-O-326)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon a thorough and careful *de novo* review of the September 21, 2020 motion for reconsideration, filed by Respondent Gary Dubin, and a *de novo* review of the entire record in this matter,

IT IS HEREBY ORDERED that the motion is denied, as well as the requests for relief set forth therein, with the exception of the effective date of Respondent Dubin's

disbarment, which is extended 31 days, to Monday, November 9, 2020. No further extensions shall be granted. Respondent Dubin shall therefore file the declaration required by Rule 2.16(d) of the Rules of the Supreme Court of the State of Hawaiʻi by November 19, 2020. Finally, pursuant to this court's September 9, 2020 order, Respondent Dubin remains obligated to pay the $19,885.00 in restitution and to submit proof of that payment to this court by October 9, 2020.

DATED: Honolulu, Hawaiʻi September 28, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard

2